UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA, ex rel. )
DEBORAH COLON,                  )
                                )
                                )
        Plaintiff,              )
                                )
    v.                          )    Civil Action. No.03-12604-GAO
                                )
PERRY HEARN and PERRY HEARN, P.C., )
                                )
        Defendants.             )
_____)

## PROPOSED ORDER

Upon consideration of the Government's Notice Of Election To Intervene In Part And To Decline To Intervene In Part ("Notice"), it is hereby

**ORDERED** that the seal on the complaint in this action is lifted; and

**ORDERED** that all other papers filed in this action prior to the Notice shall remain under seal.

_____
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

Dated: _____