UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DEBORAH COLON, </br></br> Plaintiff, </br></br> v. </br></br> PERRY HEARN and PERRY HEARN, P.C., </br></br> Defendants. | Civil Action. No.03-12604-GAO |

### PROPOSED ORDER

Upon consideration of the Government's Notice Of Election To Intervene In Part And To Decline To Intervene In Part ("Notice"), it is hereby

**ORDERED** that the seal on the complaint in this action is lifted; and

**ORDERED** that all other papers filed in this action prior to the Notice shall remain under seal.

_____
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

Dated: 10/24/06