UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DEBORAH COLON, <br><br> Plaintiff, <br><br> v. <br><br> PERRY HEARN and PERRY HEARN, P.C., <br><br> Defendants. | Civil Action. No. 03-12604-GAO |

## NOTICE OF DISMISSAL BY THE UNITED STATES

Pursuant to a settlement agreement, the United States hereby dismisses with prejudice its claims in this action against defendants Perry Hearn and Perry Hearn, P.C.

                                                   Respectfully submitted,

                                                   MICHAEL J. SULLIVAN
                                                   United States Attorney

Dated:  January 12, 2007

                                 By:    /s/Gregg Shapiro
                                              GREGG SHAPIRO
                                              Assistant United States Attorney
                                              One Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3366

## Certificate Of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 12th day of January, 2007, to the following:

Anthony P. Alessi
475 Furnace Street
Marshfield, MA 02050

Richard C. Bardi
6 Beacon Street, Suite 410
Boston, MA 02108


/s/ Gregg Shapiro
GREGG SHAPIRO
Assistant United States Attorney