UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DEBORAH COLON,<br><br>Plaintiff,<br><br>v.<br><br>PERRY HEARN and PERRY HEARN, P.C.,<br><br>Defendants. | Civil Action. No. 03-12604-GAO |

### NOTICE OF DISMISSAL BY THE RELATOR

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the relator, Deborah Colon, hereby dismisses with prejudice her claims in this action against defendants Perry Hearn and Perry Hearn, P.C.

Respectfully submitted,

DEBORAH COLON

Dated: Nov 9, 2006

By her attorney,

ANTHONY P. ALESSI
475 Furnace Street
Marshfield, MA 02050
781-837-2197

## Certificate Of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 12th day of January, 2007, to the following:

Anthony P. Alessi
475 Furnace Street
Marshfield, MA 02050

Richard C. Bardi
6 Beacon Street, Suite 410
Boston, MA 02108

_____
GREGG SHAPIRO
Assistant United States Attorney